**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

NICOLE SANOSKI, an individual,

Plaintiff,

v.

GAINWELL TECHNOLOGIES LLC, a California limited liability company; and DOES 1 through 20, inclusive,

Defendants.

Case No. 2:26-cv-01781-TLN-AC

**ORDER GRANTING JOINT STIPULATION TO SUBMIT MATTER TO ARBITRATION AND STAY COURT ACTION**

Complaint Filed: February 20, 2026
Trial Date: None Set
District Judge: Hon. Troy L. Nunley
Magistrate Judge: Hon. Allison Claire

**ORDER**

The Court hereby grants the Stipulation of the Parties and good cause appearing therefore, IT IS HEREBY ORDERED as follows:

1. The Dispute shall be submitted to final and binding arbitration in accordance with the Mutual Dispute Resolution Agreement;

2. Defendant Gainwell Technologies LLC shall bear all fees and costs that would not be incurred in a court proceeding, as well as the initial filing fee, subject to the authority of and any order of the duly appointed Arbitrator;

3. All pending litigation related to the Dispute shall be stayed pending completion of arbitration.

**IT IS SO ORDERED.**

DATED: August 25, 2026

Troy L. Nunley
Chief United States District Judge